

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00115-CV

**IN RE Joseph Charles RUBIOLA a/k/a/ J.C. RUBIOLA, Gregory Allan RUBIOLA, Catherine RUBIOLA, JGL DESIGN-BUILD, LLC a/k/a JGL DESIGN BUILD and Michael CORTEZ, individually and d/b/a THE HEIGHTS DESIGN AND CONSTRUCTION**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
          Sandee Bryan Marion, Justice
          Marialyn Barnard, Justice

Delivered and Filed:  March 4, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On February 24, 2009, relators filed a petition for writ of mandamus and a motion for emergency temporary relief. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out Cause No. 2008-CI-13072, styled *Brian Salmon and Christina Salmon v. Joseph Charles Rubiola aka J.C. Rubiola, et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding. However, the order complained of was signed by the Honorable John D. Gabriel, presiding judge of the 131st Judicial District Court, Bexar County, Texas.